817 A.2d 316

IN THE MATTER OF SAMUEL A. MALAT,
AN ATTORNEY AT LAW.

March 12, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–270, concluding that **SAMUEL A. MALAT** of **HADDON HEIGHTS,** who was admitted to the bar of this State in 1989, should be suspended from the practice of law for a period of three months for violating *RPC* 3.3(a)(1)(knowingly making a false statement of material fact or law to a tribunal), *RPC* 3.3(a)(5)(knowingly failing to disclose to tribunal a material fact), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), *RPC* 8.4(d)(conduct prejudicial to the administration of justice) and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **SAMUEL A. MALAT** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective April 7, 2003; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.